IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Daniel Osorio,<br><br>      Plaintiff,<br><br>  v.<br><br>Cape Fence Corp. and<br>Gabriel J. Sosa<br><br>      Defendants. | Case No. 2:23-cv-285 |

## NOTICE OF SETTLEMENT

    Plaintiff reports to the Court that he has reached a settlement in principle with Defendants. Defendants still have not been formally served, but they received notice of the proceedings through service efforts, which then resulted in settlement negotiations and the settlement in principle.

    Additionally, Plaintiff so advises the Court that this is a claim for unpaid overtime under the Fair Labor Standards Act, 29 USC s 203, et. seq. Accordingly, Plaintiff intends to move for court approval as soon as possible, and likely within 30 days.

**Plaintiff**

s/Daniel I. Schlade
Counsel For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
dschlade@justicialaboral.com